**VELMA K. LIM, SBN: 111006**
**KROLOFF, BELCHER, SMART,**
**PERRY & CHRISTOPHERSON**
**7540 Shoreline Drive**
**Post Office Box 692050 (95269-2050)**
**Stockton, California  95219**
**Telephone: 209/478-2000**
**Facsimile:  209/478-0354**

**Attorney for Defendant**
**COMMUNICATION SERVICE FOR THE DEAF, INC.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA GALLOWAY,**<br><br>             **Plaintiff,**<br><br>    vs.<br><br>**CSD, a.k.a. Communication Service for the Deaf, Inc., a South Dakota Corporation; and Does 1-10 inclusive,**<br><br>             **Defendants.** | CASE NO.  ___<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on June 15, 2005, Defendant Communication Service for the Deaf, Inc. ("CSD"), by its undersigned counsel of record, hereby gives notice of removal of an action filed by Plaintiff Patricia Galloway ("Galloway"), in the Superior Court of California, County of San Joaquin, to the United States District Court for the Eastern District of California, Sacramento Division.

1.     This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, and this action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because Plaintiff and Defendant are citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2. On February 4, 2005, Plaintiff commenced this action by filing a Complaint in the Superior Court of California, County of San Joaquin, Case No. CV025689, against Defendants CSD, Terri Hartner ("Hartner") and Does 1-10. (Copies of the summons and Complaint are attached as Exhibit A).

3. At the time of the filing of the State Court action and at the time of removal, Defendant CSD was and is a corporation incorporated in the State of South Dakota with its principal place of business in the State of South Dakota. Defendant CSD was not and is not a citizen of the State of California.

4. Defendant Hartner is and at all material times was a citizen and resident of the State of California.

5. Plaintiff Galloway is and at all material times was a citizen of the State of California.

6. In the Complaint, Plaintiff asserted claims against CSD for age discrimination and sexual harassment under the California Fair Employment and Housing Act and for constructive discharge in violation of public policy and against Hartner for intentional infliction of emotional distress.

7. On March 30, 2005, Defendants CSD and Hartner filed a demurrer in the Superior Court of California, County of San Joaquin seeking a dismissal of Plaintiff's claims.

8. After the hearing on the demurrer on May 17, 2005, the Court issued an order on June 8, 2005 granting Defendants' demurrer as to the intentional infliction of emotional distress claim against Hartner without leave to amend and dismissed Hartner from the case as an individual defendant. The Court also granted Defendant's demurrer as to the age discrimination and sexual harassment claims with leave to amend. The Court denied Defendants' demurrer as

to the constructive discharge claim. (Copies of the Order on Demurrer and Judgment on Demurrer in Favor of Hartner are attached as Exhibit B).

9. On June 7, 2005, Plaintiff filed a First Amended Complaint against Defendant CSD and Does 1-10 in the Superior Court of California, County of San Joaquin. (A copy of the First Amended Complaint, which includes the Proof of Service, is attached as Exhibit C).

10. The date upon which Defendant received a copy of the First Amended Complaint was on or about June 10, 2005.

11. Defendant Hartner is no longer a party to this action.

12. Plaintiff designated as Does 1 through 10 are fictitious defendants, and therefore, their citizenship is to be disregarded for the purpose of determining removal jurisdiction pursuant to 28 U.S.C. § 1441(a).

13. Inasmuch as Plaintiff and Defendant are citizens of different states, diversity of citizenship exists between the parties. Therefore, removal of this action is proper under 28 U.S.C. § 1332.

14. In the First Amended Complaint, Plaintiff asserts claims for age discrimination and sexual harassment under the California Fair Employment and Housing Act and constructive discharge in violation of public policy.

15. Plaintiff's First Amended Complaint requests compensation for damages for economic loss in the form of lost wages, medical expenses, mental pain and humiliation and physical pain and anguish, and punitive damages and attorneys' fees. Plaintiff's First Amended Complaint further requests expert witness fees.

16. Although the First Amended Complaint does not allege a specific amount in controversy, the evidence shows that the amount in controversy in this action exceeds

$75,000.00, exclusive of interest and costs. In addition, Plaintiff has agreed not to oppose the removal of this action based on the $75,000 jurisdictional threshold.

17. Consequently, Plaintiff's damages are in excess of the $75,000.00 jurisdictional threshold set by 28 U.S.C. § 1332, exclusive of interest and costs. Accordingly, Defendant removes this action on the grounds that this Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1332(a).

18. Removal of this action to this Court is timely pursuant to 28 U.S.C. § 1446.

19. Removal to the United States District Court for the Eastern District of California is proper under 28 U.S.C. 1441, because the Complaint was filed in the Superior Court of California, County of San Joaquin.

20. In accordance with 28 U.S.C. §1446(d), Plaintiff, through her counsel of record, and the Clerk of the Superior Court shall be timely served with copies of this Notice of Removal.

WHEREFORE, Defendant CSD respectfully removes this action from the Superior Court of the State of California, County of Joaquin to the United States District Court for the Eastern District of California, Sacramento Division.

Dated: June 15, 2005    **KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON**

By:  /s/ Velma K. Lim
     Velma K. Lim

Kathy Perkins
Jill Waldman
Constangy, Brooks & Smith, LLC
2600 Grand Boulevard, Suite 300
Kansas City, Missouri 64108
Telephone:  (816) 472-6400
Facsimile:   (816) 472-6401

Attorneys for Defendant