1  JACKSON LEWIS LLP
   GARY R. BASHAM (SBN 130119)
2  PAUL J. BAUER (SBN 202752)
   801 K Street, Suite 2300
3  Sacramento, California  95814
   Telephone:  (916) 341-0404
4  Facsimile:  (916) 341-0141

5  Attorneys for Defendant
   COMMUNICATION SERVICE FOR THE DEAF,
6  INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PATRICIA GALLOWAY,<br><br>          Plaintiff,<br><br>     v.<br><br>CSD, a.k.a. Communication Service for the Deaf, Inc., a South Dakota Corporation, Terri Hartner and Does 1-10 inclusive,<br><br>          Defendant. | Case No. 2:05-CV-01201-GEB-GGH<br><br>**SUBSTITUTION OF ATTORNEY** |

17       THE COURT AND ALL PARTIES ARE NOTIFIED THAT defendant

18 Communication Service for the Deaf, Inc. makes the following substitution:

19       **Former legal representatives** Velma K. Lim, Esq. of Kroloff, Belcher, Smart,

20 Perry & Christopherson and Kathy Perkins, Esq. of Constangy, Brooks & Smith, LLC.

21       **New Legal Representative** Gary R. Basham and Paul J. Bauer of JACKSON

22 LEWIS LLP, 801 K Street, Suite 2300 Sacramento, California 95814 Telephone (916) 341-0404,

23 Facsimile (916) 341-0141.

24       The party making this substitution is a defendant in this action.

25
   I consent to this substitution
26

27 Dated:  December 27, 2005                    /s/
                                                Communication Service for the Deaf, Inc.
28                                              (Signature of Party)

                                       1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  I consent to this substitution | CONSTANGY, BROOKS & SMITH, LLC |
| 2 | |
| 3  Dated: December 14, 2005 | /s/ |
| 4 | KATHY PERKINS (Signature of Former Attorney) |
| 5 | |
| 6  I consent to this substitution | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| 7 | |
| 8  Dated: December 14, 2005 | /s/ |
| 9 | VELMA K. LIM (Signature of Former Attorney) |
| 10 | |
| 11  I consent to this substitution | JACKSON LEWIS LLP |
| 12 | |
| 13  Dated: January 3, 2006 | /s/ |
| 14 | PAUL J. BAUER (Signature of New Attorney) |

IT IS SO ORDERED.

DATED: January 26, 2006

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge

H:\C\CSD\Galloway 87454\Judge\Substitution of Attorney.doc

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

CASE TITLE:     Patricia Galloway v. CSD, etc., et al.

CASE NUMBER:    United States District Court, Eastern District of California
Case No. 2:05-CV-01201-GEB-GGH

I, the undersigned, declare:

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 801 K Street, Suite 2300, Sacramento, California 95814.

On January 3, 2006, I served the within:

## SUBSTITUTION OF ATTORNEY

__X__  by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis LLP's ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.

_____  by depositing a true copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it is placed at Jackson Lewis LLP for collection, addressed as set forth below.

_____  by sending a copy by facsimile to the person(s) at the address(es) and facsimile number(s) set forth below.

Kathy Perkins, Esq.
Constangy, Brooks & Smith, LLC
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Telephone: (816) 472-6400
Facsimile: (816) 472-6401

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on January 26, 2006, at Sacramento, California.

/s/_____
Elaine Horton