IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GALLOWAY,              )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br>CSD, a.k.a. Communication       )<br>Service for the Deaf, Inc.,      )<br>a South Dakota Corporation,      )<br>                                 )<br>            Defendant.           )<br>_____) | 2:05-cv-1201-GEB-GGH<br><br>REJECTION OF STIPULATION<br>TO MODIFY RULE 16<br>SCHEDULING ORDER |

       On February 23, 2006, the parties filed a Stipulation in which Plaintiff mistakenly concludes that each time a party decides to change lawyers, the Rule 16 scheduling order must be amended to accommodate the schedule of new counsel. Plaintiff and her new attorney should have been mindful of the deadlines prescribed in the Rule 16 Scheduling Order before change of counsel occurred. See Matrix Motor Co., Inc. v. Toyota Jidosha Kabushiki Kaisha, 218 F.R.D. 667, 676 (C.D. Cal. 2003) (imputing responsibility of being aware of Rule 16 Scheduling Order dates to the plaintiff as well as counsel); cf. Rosario-Diaz v. Gonzalez, 140 F.3d 312, 315 (1st Cir. 1998) (stating "litigants have an unflagging duty to comply with

1 clearly communicated case-management orders"). Since it has not
2 been shown that Plaintiff's change of counsel constitutes "good
3 cause" justifying amendment of the Rule 16 Scheduling Order, the
4 Stipulation is rejected.
5 Dated: February 24, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2