IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA GALLOWAY,               )
                                 )
                Plaintiff,       )
                                 )
        v.                       )   2:05-cv-1201-GEB-GGH
                                 )
CSD, a.k.a. Communication Service)   AMENDED REJECTION OF
for the Deaf, Inc., a South      )   STIPULATION TO MODIFY
Dakota Corporation,              )   RULE 16 SCHEDULING
                                 )   ORDER*
                Defendant.       )
_____)

On February 23, 2006, the parties filed a Stipulation in which Defendant mistakenly concludes that each time a party decides to change lawyers, the Rule 16 scheduling order must be amended to accommodate the schedule of new counsel.  Defendant and its new attorney should have been mindful of the deadlines prescribed in the Rule 16 Scheduling Order before change of counsel occurred. See Matrix Motor Co., Inc. v. Toyota Jidosha Kabushiki Kaisha, 218 F.R.D. 667, 676 (C.D. Cal. 2003) (imputing responsibility of being aware of Rule 16 Scheduling Order dates to the plaintiff as well as

---

* This ruling supercedes and vacates docket entry number 16 filed on February 27, 2006.

1

counsel); cf. Rosario-Diaz v. Gonzalez, 140 F.3d 312, 315 (1st Cir. 1998) (stating "litigants have an unflagging duty to comply with clearly communicated case-management orders"). Since it has not been shown that Defendant's change of counsel constitutes "good cause" justifying amendment of the Rule 16 Scheduling Order, the Stipulation is rejected.

Dated: February 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge